[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-16567
Non-Argument Calendar
_____

D.C. Docket No. 6:12-cr-00170-JA-GJK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TROY HENRY,
a.k.a Troy P,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(October 25, 2013)

Before MARCUS, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Tom Dale, counsel for Troy Henry in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henry's convictions and sentences are **AFFIRMED**.